IN THE SUPREME COURT OF THE STATE OF MONTANA

No. _____

IN RE ADOPTION OF INTERNAL           )
OPERATING RULE REGARDING             )        O R D E R
CHILD CONFIDENTIALITY.               )

FILED

AUG 2 4 2000

Ed Smith
CLERK OF SUPREME COURT
STATE OF MONTANA

It has come to our attention that our current method of maintaining the confidentiality of minors who are the subject of child abuse or termination of parental rights proceedings is insufficient. Heretofore, we have been attempting to maintain the confidentiality of these children by referring to them by their initials in our opinions. However, by referring to their parents by their parents' actual names, it is unlikely that we are maintaining the confidentiality of these children. It is not difficult to discern the identity of children when their parents are clearly identified.

Therefore, in order to provide greater confidentiality for minor children who are the subject of child abuse and termination of parental rights cases,

IT IS HEREBY ORDERED that the following Internal Operating Rule be adopted as Rule 10, Section VII "General," and the current Rule 10, Section VII, be renamed Rule 11.

10.     In all opinions regarding the abuse and neglect of children and the termination of parental rights pursuant to Title 41, Chapter 3, MCA, the Court shall attempt to maintain the confidentiality of children by referring to both the children and the parents involved by their initials or first names only as justice requires.

IT IS FURTHER ORDERED that the Clerk of this Court shall prepare and mail copies of this Order to:

The Code Commissioner and Director of Legal Services for the State of Montana;

The District Judges of the State of Montana;

The Clerks of the District Courts of the State of Montana;

The Clerk of the United States District Court of the State of Montana;

The President and Executive Director of the State Bar of Montana with the request that this order be published in the next available issue of The Montana Lawyer; and

The State Reporter Publishing Company with the request that this Order be published in the State Reporter.

DATED this 23rd day of Aug , 2000.

_____
Chief Justice

_____
_____
_____
_____
_____
Justices